# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

MATTHEW COLTEN GILMORE,

    Plaintiff,

v.

CITY OF COLLEGEDALE and               No. 1:19-cv-359
OFFICER JORDAN LONG,

    Defendants.

## NOTICE OF SERVICE

Defendant Jordan Long hereby provides this Honorable Court with notice that he has forwarded his First Set of Interrogatories and Requests for Production of Documents Propounded to Plaintiff to all involved counsel on January 31, 2020 via First Class Mail.

RESPECTFULLY SUBMITTED this 31st day of January, 2020.

        **OFFICER JORDAN LONG**

        By: /s/ Benjamin K. Lauderback
        BENJAMIN K. LAUDERBACK, BPR No. 020855
        WATSON, ROACH, BATSON &
        LAUDERBACK, P.L.C.
        900 S. Gay St., Suite 1500
        Knoxville, TN 37902

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U. S. mail.  Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Robin Ruben Flores | Keith Grant |
| 4110-A Brainerd Road | Philip Aaron Wells |
| Chattanooga, Tennessee  37411 | ROBINSON, SMITH & WELLS, PLLC |
| | 633 Chestnut Street, Suite 700 |
| | Chattanooga, TN 37450 |

      Dated this 31st day of January, 2020.

                                              /s/ Benjamin K. Lauderback
                                              BENJAMIN K. LAUDERBACK

2

Case 1:19-cv-00359-PLR-SKL   Document 13   Filed 01/31/20   Page 2 of 2   PageID #: 76