UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

| MATTHEW COLTEN GILMORE, | § | |
| --- | --- | --- |
| | § | |
| *Plaintiff*, | § | No. 1:19−cv−00359−PLR−SKL |
| | § | |
| ~v~ | § | JURY DEMAND |
| | § | |
| CITY OF COLLEGEDALE, and | § | |
| | § | |
| OFFICER JORDAN LONG, In his individual and official capacities as agent and employee of the City of Collegedale, | § | |
| | § | |
| *Defendants*. | § | |

## NOTICE OF COMPROMISE AND SETTLEMENT

Come now the Plaintiff, and notifies the Court that the above styled civil action has been compromised and settled. Pursuant to E.D. Tenn., LR 68.1, an agreed order of dismissal or stipulation of dismissal will be filed before the date on which the case is set for trial.

Respectfully submitted this 10th day of June, 2020.

By: */s/ Robin Ruben Flores*
ROBIN RUBEN FLORES
TENN. BPR #20751
GA. STATE BAR #200745
Counsel for Plaintiff
4110-A Brainerd Road
Chattanooga, TN 37411
423 / 267-1575 fax 267-2703
robin@robinfloreslaw.com

CERTIFICATE OF SERVICE

I that I served a copy of this NOTICE by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt

June 10, 2020 /s/ Robin Ruben Flores