**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA**

| | | |
|---|---|---|
| MATTHEW COLTEN GILMORE, | § | |
| | § | |
| *Plaintiff*, | § | No. 1:19−cv−00359−PLR−SKL |
| | § | |
| ~v~ | § | JURY DEMAND |
| | § | |
| CITY OF COLLEGEDALE, and | § | |
| | § | |
| OFFICER JORDAN LONG, | § | |
| In his individual and | § | |
| official capacities as agent | § | |
| and employee of the City | § | |
| of Collegedale, | § | |
| | § | |
| *Defendants*. | § | |

## STIPULATION OF DISMISSAL AS TO DEFENDANT JORDAN LONG

Come now the Parties, by and through counsel, and file this dismissal with prejudice of all the Plaintiff's federal and state claims raised against Defendant Jordan Long in the above-captioned matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This stipulation is entered with prejudice effective immediately upon the filing of the same. These parties further stipulate that this action is not subject to the provisions of Federal Rule of Civil Procedure 23, Federal Rule of Civil Procedure 66, or any statute of the United States prohibiting dismissal of this action with prejudice.

There has been no admission of liability by Defendant Long, no payments made by or on behalf of Defendant Long, and there has been no finding of liability or judgment made against Defendant Long. Defendant Long shall not be responsible for any of the costs or fees, discretionary costs and otherwise, including Plaintiff's attorney's fees. This matter shall continue against the remaining Defendant.

RESPECTFULLY submitted this 11th day of June, 2020.


By: /s/ *Robin Ruben Flores*
ROBIN RUBEN FLORES, BPR No. 20751
*Attorney for Plaintiff*
4110-A Brainerd Road
Chattanooga, Tennessee  37411

By: /s/ Benjamin K. Lauderback (by perm)
BENJAMIN K. LAUDERBACK, BPR No. 020855
*Attorney for Defendant Jordan Long*
WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.
1500 Riverview Tower, 900 South Gay Street
P.O. Box 131
Knoxville, Tennessee  37901-0131


By: /s/ Keith H. Grant (by perm)
KEITH H. GRANT, BPR No. 23724
PHILIP AARON WELLS, BPR No. 036248
*Attorneys for Defendant City of Collegedale*
ROBINSON, SMITH & WELLS PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450