IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MATTHEW COLTEN GILMORE ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 1:19-cv-359 |
| v. ) | |
| ) | |
| CITY OF COLLEGEDALE and ) | |
| OFFICER JORDAN LONG ) | |
| ) | |
| Defendants ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

CAME Plaintiff, Matthew Colten Gilmore and Defendants, City of Collegedale, through their attorneys, pursuant to *Fed. R. Civ. P.* 41, and hereby submit this Stipulation dismissing this case on the merits with full and final prejudice to the refiling of same.

Pursuant to Tenn. Code Ann. §71-5-117(f), Plaintiff's counsel, by his signature hereto, hereby advises and represents to the Court that the State of Tennessee's subrogation interest in the proceeds of the settlement have been satisfied.

By agreement of the parties, each party shall bear his/her or its own attorneys' fees and expenses and no party shall file a bill, petition or motion for attorneys' fees or expenses.

Respectfully submitted this 24th day of June, 2020.

APPROVED FOR ENTRY:

ROBIN R. FLORES, ATTORNEY
4110-A Brainerd Rd.
Chattanooga, TN 37411
Telephone: (423) 267-1575
Facsimile: (423) 267-2703

By: *s/Robin Flores*
 Robin Flores, BPR #20751
 *Attorney for Plaintiff*

ROBINSON, SMITH & WELLS, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN   37450
Telephone:   (423) 756-5051
Facsimile:   (423) 266-0474

By:   *s/Keith H. Grant*
       Keith H. Grant, BRR# 23274
       Philip Aaron Wells, BPR #036248
       *Attorneys for Defendant,*
       *City of Collegedale*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Robinson, Smith & Wells

By:   *s /Keith H. Grant*

cc:   Benjamin K. Lauderback, Esquire
      Watson, Roach, Batson & Lauderback
      900 S. Gay Street, Suite 1500
      Knoxville, TN   37902

bl/06242020/KHG
collegedalegilmore.stipulation of dismissal